STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. PATFOL, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 76 *N. J. Super.* 572.

*Mr. Arthur J. Sills* and *Mr. Theodore T. Botter* for the petitioner.

*Mr. Philip C. Geibel* for the respondents.

January 15, 1963. Granted.